# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**RORY TUCKER,**
**Petitioner,**

vs.  Case Number: **10-2129**

**UNITED STATES OF AMERICA,**
**Respondent.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pro se petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255 is denied.  Certificate of appealability is denied.  Case is terminated.

**Dated:**  June 10, 2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court